THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* LOUIS ALBERS, Defendant-Appellant.

(No. 73-25; )

Fifth District—June 5, 1974.

Opinion by Mr. PRESIDING JUSTICE G. MORAN.

Robert E. Farrell, of Mt. Vernon, and Bruce Stratton, of Springfield, both of Office of State Appellate Defender, for appellant.

No brief filed for the People.